No. 03–8728. GUTIERREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8788. MURPHY v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 03–9002. GREER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–9218. BUSBY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–9287. PINEDA-CORTES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9553. HALIBURTON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–9611. SORIANO v. HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9635. MOPPINS v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9636. THOMAS v. BLUMENTHAL. C. A. 2d Cir. Certiorari denied.

No. 03–9639. SMITH v. MOHAMED. C. A. 9th Cir. Certiorari denied.

No. 03–9642. CHILDERS v. SCOTT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–9643. JONES v. KOLB ET AL. (five judgments). C. A. 6th Cir. Certiorari denied.

No. 03–9645. DARDEN v. BASKERVILLE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–9646. CHARLES v. SMITH, WARDEN. C. A. 7th Cir. Certiorari denied.